The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITA COFFEE, LLC, a Washington limited liability company d/b/a CAFFE VITA COFFEE ROASTING CO.,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>Defendant. | NO. 2:20-cv-01079-JCC-DWC<br><br>**STIPULATED MOTION UNDER LOCAL CIVIL RULE 10(G) FOR ORDER CONTINUING NOTING DATE FOR DEFENDANT'S MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: JULY 23, 2020 |

## I.  STIPULATION

Plaintiff filed this action in King County Superior Court seeking insurance coverage for losses related to COVID-19 under an insurance policy issued by Defendant. Defendant removed the action to this Court on July 13, 2020 and filed a Motion to Dismiss [Dkt. #10] on July 20, 2020.

The parties stipulate to renote the Motion to Dismiss [Dkt #10] for September 11, in accordance with the following briefing schedule:

STIPULATED MOTION UNDER LOCAL CIVIL
RULE 10(G) TO CONTINUE DEADLINES RELATED
TO DEFENDANT'S MOTION TO DISMISS
(2:20-cv-01079-JCC-DWC) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

- Vita Coffee's opposition to the Motion to Dismiss shall be filed on or before August 31, 2020.

- Defendant's reply on its Motion to Dismiss shall be filed on or before September 11, 2020.

- The noting date for the Motion to Dismiss shall be extended to September 11, 2020.

DATED this 23rd day of July, 2020.

| TOUSLEY BRAIN STEPHENS PLLC | DLA PIPER LLP (US) |
|---|---|
| By: *s/ Chase C. Alvord*<br>Chase. C. Alvord, WSBA #26080<br>calvord@tousley.com<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: 206.682.5600/Fax: 206.682.2992<br>***Attorney for Plaintiff*** | By: *s/ Anthony Todaro*<br>By: *s/ Joseph Davison*<br>Anthony Todaro, WSBA No. 30391<br>anthony.todaro@us.dlapiper.com<br>Joseph Davison, WSBA No. 51264<br>joseph.davison@us.dlapiper.com<br>701 Fifth Ave., Suite 6900<br>Seattle, Washington 98104<br>Tel: 206.839.4800/Fax: 206.839.4801<br>***Attorneys for Defendant*** |

## II. ORDER

IT IS SO ORDERED.

DATED 24th day of July, 2020.

*[signature]*

David W. Christel
United States Magistrate Judge

STIPULATED MOTION UNDER LOCAL CIVIL
RULE 10(G) TO CONTINUE DEADLINES RELATED
TO DEFENDANT'S MOTION TO DISMISS
(2:20-cv-01079-JCC-DWC) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992