The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORTHY HOTELS, INC., et al., | Consolidated Case No. 2:20-cv-1079-BJR |
| Plaintiffs, | **STIPULATION FOR EXTENSION** |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation, | |
| Defendant. | |
| ES RESTAURANT GROUP, INC., a Delaware corporation, | |
| Plaintiff, | |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation, | |
| Defendant. | |
| NACCARATO RESTAURANT GROUP. INC., a Washington corporation | |
| Plaintiff, | |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY,  a California corporation, | |
| Defendant. | |

| | |
|---|---|
| 1 | VITA COFFEE, LLC, a Washington limited liability company d/b/a CAFFE VITA COFFEE ROASTING CO., |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | FIREMAN'S FUND INSURANCE COMPANY, a California corporation. |
| 6 | Defendant. |
| 7 | **WEIMAC LLC, a Washington limited liability company; et al.,** |
| 8 | |
| 9 | **Plaintiffs,** |
| 10 | v. |
| 11 | **FIREMAN'S FUND INSURANCE COMPANY,** |
| 12 | **Defendant.** |

# STIPULATION AND PROPOSED ORDER

The Weimac Parties[1] and Fireman's Fund Insurance Company hereby stipulate to and request a 14-day extension on the current deadline for any response to Fireman's Motion to Dismiss Weimac LLC's Complaint Under Rule 12(b)(6) (ECF No. 51), as well as a corresponding 14-day extension on any reply in support of the Motion to Dismiss. Accordingly, the deadline for any response would be March 30, 2021 and any reply is April 12, 2021.

Dated this 2nd day of March, 2021.

| | |
|---|---|
| DELUE LAW PLLC | DLA PIPER LLP (US) |
| *s/ Daniel DeLue* | *s/ Anthony Todaro* |
| Daniel DeLue, WSBA No. 29357<br>600 Stewart Street, Suite 1115<br>Seattle, Washington 98101<br>Tel:    206.508.3804<br>Fax:   206.508.3817<br>E-mail:  ddd@d3law.com | Anthony Todaro, WSBA No. 30391<br>*s/ Joseph Davison*<br>Joseph Davison, WSBA No. 51264<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>Fax:   206.839.4801<br>E-mail:  anthony.todaro@us.dlapiper.com<br>E-mail:  joseph.davison@us.dlapiper.com |
| AND | *Attorneys for Firemen's Fund Insurance Company* |
| LOVE LAW FIRM, P.C. | |
| *s/ Gregory P. Love* | |
| Gregory P. Love, *Pro Hac Vice pending*<br>107 East Main Street<br>Henderson, Texas 75652<br>Tel:    903.212.4444<br>Fax:   903.392.2267<br>E-mail:  greg@lovetrialfirm.com | |
| *Attorneys for Plaintiffs* | |

---

[1] Weimac LLC; Big Food, Inc.; China West Ltd.; Chinese Takeout, LLC; JWD4 Design, LLC; RHLV, LLC; PQ2, LLC; Poquitos, LLC; RHTA, LLC; Scotch Bar, LLC; Seaplane, LLC; VT2, LLC; VT3, LLC; WWD3, LLC; DGBT, LLC; Alpen Rose Inn, LLC; JLW, LLC (collectively "Weimac Parties").

## ORDER

Having considered the March 2, 2021 stipulation submitted to this Court by the Weimac Plaintiffs and Fireman's Fund Insurance Company, and being fully advised, the Court hereby GRANTS the parties' requested extension. The deadline for any response to Fireman's Motion to Dismiss Weimac LLC's Complaint Under Rule 12(b)(6) (ECF No. 51) is March 30, 2021 and the deadline for any reply is April 12, 2021.

Dated this 4th day of March, 2021.

_____
Hon. Judge Barbara J. Rothstein