UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORTHY HOTELS, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>    Defendant. | Consolidated Case No. 2:20-cv-1079-BJR |
| ES RESTAURANT GROUP, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>    Defendant. | |
| NACCARATO RESTAURANT GROUP. INC., a Washington corporation<br><br>    Plaintiff,<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>    Defendant. | |

| | |
|---|---|
| 1 | VITA COFFEE, LLC, a Washington limited liability company d/b/a CAFFE VITA COFFEE ROASTING CO., |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | FIREMAN'S FUND INSURANCE COMPANY, a California corporation. |
| 6 | Defendant. |
| 7 | WEIMAC LLC, a Washington limited liability company; et al., |
| 8 | |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | FIREMAN'S FUND INSURANCE COMPANY, |
| 12 | Defendant. |
| 13 | |
| 14 | 13 COINS MANAGEMENT, LLC; M2 MANAGEMENT, LLC; 13 COINS BELLEVUE, LLC; 13 COINS STADIUM, LLC; THE LODGE ACQUISITION MUKILTEO, LLC; THE LODGE ACQUISITION MILL CREEK, LLC; THE LODGE ACQUISITION KIRLAND, LLC; THE LODGE ACQUISITION STADIUM, LLC; THE LODGE ACQUISITION WEST SEATTLE, LLC; THE SMOKEHOUSE, LLC; JOE TO GO, LLC; MIGHTY MIGHTY, LLC; THE LODGE ACQUISITION, LLC, Washington limited liability companies |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Plaintiffs, |
| 22 | v. |
| 23 | NATIONAL SURETY CORP., an Illinois corporation, |
| 24 | Defendant. |
| 25 | |
| 26 | |

| | |
|---|---|
| **CANLIS, INC.**, a Delaware corporation, | |
| Plaintiff, | |
| v. | |
| **FIREMAN'S FUND INSURANCE COMPANY**, a California corporation, | |
| Defendant. | |

# STIPULATION

Canlis, Inc. and Fireman's Fund Insurance Company ("Fireman's") (collectively, the "Parties") wish to avoid filing duplicative briefing to that already pending before the Court. Canlis's policy is very similar to those at issue in the other consolidated Fireman's matters, specifically the policy form at issue in the *Naccarato Restaurant Group, Inc. v. Fireman's Fund Insurance Company* (20-cv-06108) matter. As a result, rather than have Fireman's file a motion to dismiss largely repetitive of its previously filed motions to dismiss (and Canlis file response briefing largely repetitive of what the other Fireman's plaintiffs have filed), the parties agree and stipulate:

- That the Parties will be bound by the Court's order(s) relative to the motion to dismiss brought by Fireman's seeking dismissal of the *Naccarato Restaurant Group, Inc.* lawsuit;

- That the motion to dismiss briefing relative to the *Naccarato Restaurant Group, Inc.* lawsuit applies as if filed by and between the Parties and the Parties further agree and stipulate that it covers all claims brought by Canlis in its Complaint, as well as all coverages, extensions, exclusions, provisions, and clauses related to and addressed by those claims; and

- That they are not prejudiced in any way by adopting the motion to dismiss briefing filed relative to the *Naccarato Restaurant Group, Inc.* lawsuit or by being bound by the Court's ruling(s) relative to that briefing.

This Stipulation in no way affects the rights of the Parties to appeal the Court's eventual ruling(s), Canlis's right to amend its pleadings should the Court not dismiss its Complaint with prejudice, or Fireman's right to move to dismiss any amended pleading filed by Canlis.

Dated this 29th day of April, 2021.

| MILLER NASH GRAHAM & DUNN LLP | DLA PIPER LLP (US) |
|---|---|
| *s/ Tristan Swanson* | *s/ Anthony Todaro* |
| Tristan N. Swanson, WSBA No. 41934<br>Carolyn A. Mount, WSBA No. 55527<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, Washington  98121-1128<br>Tel:    206.777.7530<br>Fax:    206.340.9599<br>E-mail:  tristan.swanson@millernash.com<br>E-mail:  carolyn.mount@millernash.com<br><br>*Attorneys for Canlis, Inc.* | Anthony Todaro, WSBA No. 30391<br>*s/ Joseph Davison*<br>Joseph Davison, WSBA No. 51264<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>Fax:    206.839.4801<br>E-mail:  anthony.todaro@us.dlapiper.com<br>E-mail:  joseph.davison@us.dlapiper.com<br><br>*Attorneys for Fireman's Fund Insurance Company* |

## ORDER

Having considered the April 29, 2021, stipulation submitted to this Court by Canlis and Fireman's Fund Insurance Company, and being fully advised, the Court hereby GRANTS the Parties' Stipulation.

Dated this 29th day of April, 2021.

*Barbara J. Rothstein*
Hon. Judge Barbara J. Rothstein