|   |   |
|---|---|
|   | The Honorable Barbara Rothstein |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ES RESTAURANT GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIREMAN'S FUND INSURANCE COMPANY, <br><br> Defendant, | Case No. 2:20-cv-01079-BJR <br><br> STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE THE JOINT RULE 26(f) REPORT |

Plaintiff ES Restaurant Group, Inc. and Defendant Fireman's Fund Insurance Company (hereafter "the parties"), request a two-week extension from **August 30, 2024** to **September 13, 2024** for the parties to file their Joint Status Report as instructed in Doc. No. 99.

## STIPULATED MOTION TO EXTEND DEADLINE

1. The parties agree that they need more time to meaningfully complete the conferral process required to submit a proposed Joint Status Report.

2. Therefore, the parties jointly request that the Court move the August 30, 2024 deadline imposed by its order of August 12, 2024 (Doc. No. 99) to September 13, 2024.

3. This Stipulation is entered without prejudice to and without waiving any parties'

STIPULATED MOTION FOR AN EXTENSION OF TIME
TO FILE THE JOINT RULE 26(f) REPORT - 1
(Case No. 2:20-CV-01079-BJR)
4875-7123-6061.1

MILLER NASH LLP
605 5TH AVENUE SOUTH, SUITE 900
SEATTLE, WA 98104
206.624.8300 | FAX: 206.340.9599

claims or defenses.

DATED this 30th day of August, 2024.

I certify that this memorandum contains 116 words, in compliance with the Local Civil Rules.

s/ *Tristan N. Swanson*
Tristan N. Swanson, WSBA No. 41934
Carolyn A. Mount, WSBA No. 55527
Miller Nash LLP
605 5th Ave Street, Suite 900
Seattle, WA 98104
Telephone: (206) 624-8300
Email:  tristan.swanson@millernash.com
             Carolyn.mount@millernash.com

*Counsel for ES Restaurant Group Inc., 13 Coins Management LLC, M2 Management LLC, 13 Coins Bellevue LLC, 13 Coins Stadium LLC, and Canlis Inc*

s/ *Curtis C. Isacke, with permission*
Curtis C. Isacke, WSBA No. 49303
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
Email: cisacke@mcnaul.com

*Counsel for National Surety Corporation, and Fireman's Fund Insurance Company*

*s/Richard Wetmore, with permission*
Richard Wetmore, WSBA No. 40396
Dunn & Black, P.S.
111 N. Post, Suite 300
Spokane, WA 99201
Tel: (509) 455-8711
Email: RWetmore@dunnandblack.com

*Counsel for Davenport Collection Payroll LLC, Davenport Hotel LLC, Davenport Tower LLC, Hotel Lusso LLC, Davenport Hotel OPCO LLC, The Centennial LLC, and Worthy Enterprises LLC*

*s/Chase Alvord, with permission*
Chase Alvord, WSBA No. 26080
Tousley Brain Stephens PLLC
1200 FIFTH AVE STE 1700
SEATTLE, WA 98101
206-682-5600
Fax: 206-682-2992
Email: calvord@tousley.com

*Counsel for Vita Coffee LLC*

STIPULATED MOTION FOR AN EXTENSION OF TIME
TO FILE THE JOINT RULE 26(f) REPORT - 2
(Case No. 2:20-CV-01079-BJR)
4875-7123-6061.1

MILLER NASH LLP
605 5TH AVENUE SOUTH, SUITE 900
SEATTLE, WA 98104
206.624.8300 | FAX: 206.340.9599

**ORDER**

Based on the above stipulation, it is so ORDERED the deadline for filing a Joint Status Report will be due on September 13, 2024.

DATED this 30th day of August 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

*/s/Tristan Swanson*
Tristan Swanson, WSBA No. 41934
Miller Nash LLP
605 5th Ave Street, Suite 900
Seattle, WA 98104
Telephone: (206) 624-8300
Email:  tristan.swanson@millernash.com

*Counsel for ES Restaurant Group Inc.,*
*13 Coins Management LLC, M2 Management LLC,*
*13 Coins Bellevue LLC, 13 Coins Stadium LLC,*
*and Canlis Inc*

STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE THE JOINT RULE 26(f) REPORT - 1
(CASE NO. 2:20-CV-01079-BJR)
4875-7123-6061.1

MILLER NASH LLP
605 5TH AVENUE SOUTH, SUITE 900
SEATTLE, WA 98104
206.624.8300 | FAX: 206.340.9599